**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
WWW.GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

**NISSENBAUM LAW GROUP, LLC**

GARY D. NISSENBAUM, ESQ.o
GDN@GDNLAW.COM

GAVIN I. HANDWERKER, ESQ.◊
GIH@GDNLAW.COM

LAURA J. MAGEDOFF, ESQ.□
LJM@GDNLAW.COM

JOHN V. REILLY III, ESQ.*
JR@GDNLAW.COM

SHANNON V. MARSH, ESQ.*
SM@GDNLAW.COM

CAROLE J. ZEMPEL, PARALEGAL
CZ@GDNLAW.COM

ROBYN BORENSTEIN, PARALEGAL
RB@GDNLAW.COM

**NEW YORK:**
140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
P. 212.871.5711
F. 212.871.5712

**PENNSYLVANIA:**
1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PENNSYLVANIA 19102
P. 215.523.9350
F. 215.523.9395

**TEXAS:**
100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
P. 214.222.0020
F. 214.222.0029

Please reply to:  ☒ NJ  ☐ NY
☐ PA  ☐ TX

MEETINGS WITH ATTORNEYS BY
APPOINTMENT ONLY

o *Admitted in New Jersey, New York, the District of Columbia & Texas*
◊ *Admitted in New Jersey, New York & Pennsylvania*
□ *Admitted in New Jersey, New York, Pennsylvania & Texas*
* *Admitted in New Jersey & New York*

RECEIVED
JUN 15 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

June 14, 2011

IT IS SO ORDERED:

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.   6/14/11

Hon. Freda L. Wolfson
United States District Court Judge
District of New Jersey
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   Dutton Road Associates, LP v. Sunray Solar, Inc.
>       Docket No. 10-CV-05478 (FLW) (LHG)
>       Notice of Withdrawal of Part of Motion

Dear Judge Wolfson:

Currently, there is a motion returnable on July 5, 2011 requesting that the Court strike certain affirmative defenses Plaintiff asserted in response to Defendant's counterclaims. Please be advised that Defendant hereby withdraws only that portion of Defendant's motion seeking sanctions pursuant to Rule 11 (subsection 2 of Defendant's notice of motion and Point II of the brief).

Should our application be granted, we will then file the appropriate application in accordance with Rule 11(c)(2). Your Honor's attention to this matter is appreciated. Should you have any questions, please do not hesitate to contact my office.

Respectfully submitted,
NISSENBAUM LAW GROUP, LLC

By:  /S/ GAVIN I. HANDWERKER
     Gavin I. Handwerker

cc:   Alan Nochumson, Esq. (*via ECF*)
      Natalie Klyashtorny, Esq. (*via ECF*)